UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHARLES SCOTT,

    Plaintiff,

    v.

LaPORTE COUNTY JAIL, QUALITY
CORRECTIONAL CARE, LLC, and DR.
TCHETTCHAT,

    Defendants.

CAUSE NO. 3:19-CV-798-JD-MGG

OPINION AND ORDER

Charles Scott was a prisoner at the LaPorte County Jail when he filed this case without a lawyer. ECF 1. The court screened the original complaint, found it was deficient, and granted him leave to amend. ECF 3. He filed an amended complaint, but it did not state a claim and the court again granted him leave to amend. ECF 4 and 8. That order was sent to him at the jail and was not returned undeliverable. When the deadline to amend passed, this case was dismissed. ECF 10. In response to the dismissal order, Scott sent the court a letter saying he had not received the prior order and did not know about the deadline. ECF 15. Because the letter was filed within 28 days of dismissal, it is construed as a motion to alter the judgment pursuant to Federal Rule of Civil Procedure 59(e). *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) and *Banks v. Chicago Bd. of Educ.*, 750 F.3d 663, 666 (7th Cir. 2014). "Altering or amending a judgment under Rule 59(e) is permissible when there is newly discovered evidence or there has been a

manifest error of law or fact." *Harrington v. City of Chicago*, 433 F.3d 542, 546 (7th Cir. 2006).

In the interests of justice, the court will vacate the judgment, reopen this case, and allow Scott to file an amended complaint on a **Prisoner Complaint (INND Rev. 8/16)** form because he was a prisoner when he filed this case and he is suing about events which happened at the jail. This form is available on the court's website at: https://www.innd.uscourts.gov/sites/innd/files/PrCmplnt.pdf.

For these reasons, the court:

(1) GRANTS the Rule 59 motion (ECF 15);

(2) VACATES the order of dismissal (ECF 10) and judgment (ECF 11);

(3) GRANTS Charles Scott until **February 20, 2020**, to file an amended complaint on a **Prisoner Complaint (INND Rev. 8/16)** form; and

(4) CAUTIONS Charles Scott if he does not respond by the deadline, this case will be dismissed pursuant to 28 U.S.C. § 1915A without further notice because his current complaint does not state a claim.

SO ORDERED on January 15, 2020

/s/JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT